IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 17-cv-01030-PAB

KENDRA GALLEGOS MORROW,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC and
TRANS UNION CORP.,

    Defendants.

## ORDER

This matter comes before the Court on Defendant Equifax Information Services LLC's Motion to Withdraw Notice of Removal [Docket No. 7]. Defendant Equifax filed a notice of removal on April 26, 2017. Docket No. 1. Defendant Equifax now states that "[t]here is confusion among the parties regarding the existence of federal question jurisdiction." Docket No. 7. Defendant Equifax requests that the Court allow the parties to return to state Court. *Id.*

Good cause appearing, the Court finds that defendant Equifax's motion, construed as a motion to remand, should be granted. Accordingly, it is

**ORDERED** that Defendant Equifax Information Services LLC's Motion to Withdraw Notice of Removal [Docket No. 7], construed as a motion to remand, is granted. It is further

**ORDERED** that the this case shall be remanded to the County Court for Montrose County, Colorado, where it was filed as Case No. 17C30193. It is further

**ORDERED** that this case is closed.

DATED May 3, 2017.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge